STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

ALLISON ROTHMAN, being sworn, says: I am not a party to the action, am over 18 years of age and reside in New City, New York. On the 31st day of July, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:  Wood-Skill Renovations, Inc.
     27 Lincoln Avenue
     Woodcliff Lake, NJ 07677

*[signature]*
ALLISON ROTHMAN

Sworn to before me this
1st day of August, 2007

*[signature]*
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__