## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6841                                                                 Purchased/Filed: July 30, 2007

STATE OF NEW YORK      UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                Plaintiff

against

*Wood-Skill Renovations, Inc.*                                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on \_\_\_\_\_ August 8, 2007 \_\_\_\_\_, at \_\_ 2:00 pm \_\_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Wood-Skill Renovations, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, \_\_ 1 \_\_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of \_\_ 40 \_\_ dollars; That said service was made pursuant to Section \_\_ 307 Business Corporation Law \_\_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: \_\_ 23 \_\_  Approx. Wt: \_\_ 160 \_\_  Approx. Ht: \_\_ 5'9" \_\_
Color of skin: \_\_ White \_\_   Hair color: \_\_ Blonde \_\_   Sex: \_\_ F \_\_   Other: _____

Sworn to before me on this

\_\_ 10th \_\_ day of \_\_\_\_\_ August, 2007 \_\_\_\_\_

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706627

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**