UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES

                         Plaintiffs,

         -against-

WOOD-SKILL RENOVATIONS, INC.,

                       Defendant.
--------------------------------------------------------------------------X

07 CV 6841 (LAK)
ECF CASE

**CLERKS
CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that this action commenced on July 30, 2007 by filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant, Wood-Skill

Renovations, Inc., on August 8, 2007, by delivering one (1) true copy thereof to Amy Lesch, an authorized

clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on

August 14, 2007, and by registered mail to Wood-Skill Renovations, Inc., 27 Lincoln Avenue, Woodcliff Lake,

NJ 07677 on July 31, 2007, and proof of service being filed on August 7, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise

moved with respect to complaint herein.  The default of the defendant is hereby noted.

Dated: _Sept 20, 2007_
      New York, New York

                      **J. MICHAEL MCMAHON**
                      Clerk of the Court

            By: _____
                      Deputy Clerk