UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY              07 CV 6841 (LAK)
DISTRICT COUNCIL OF CARPENTERS            ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,     **AFFIDAVIT OF**
JOURNEYMAN RETRAINING, EDUCATIONAL        **SERVICES**
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

                                Plaintiffs,

                -against-

WOOD-SKILL RENOVATIONS, INC.,

                                Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK       )

ANDREW GRABOIS, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant application for default judgment and order.

2. On July 30, 2007, Ian Henderson, a paralegal in this office, drafted a complaint, cover sheet and other required documents. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour, for a total of $57.50 in attorneys' fees.

3. On July 30, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On July 30, 2007, Allison Rothman, a legal intern in this office, prepared and filed the aforementioned documents with the Clerk of the Court. She spent 1.0 hours on this matter at a billing rate of $115.00 per hour, for a total of $115.00 in attorneys' fees.

5. On July 31, 2007, Mr. Henderson prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On July 31, 2007, Ms. Rothman prepared and mailed the aforementioned documents for service of process. She spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On July 31, 2007, Ms. Rothman prepared and mailed the aforementioned documents for service of process by registered mail. She spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

8. On August 7, 2007, Mr. Henderson prepared and filed the affidavit of service by registered mail with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

9. On August 14, 2007, Mr. Henderson prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

10. On September 26, 2007 and September 27, 2007, Mr. Henderson prepared the default documents, including a proposed default judgment and notice of motion and affidavit of services

rendered. He spent a total of 4.0 hours on this matter. The billing rate for matters of this nature is $115.00 per hour for a total of $460.00 in attorneys' fees.

11. On September 27, 2007, your deponent reviewed and finalized the aforementioned default documents over 0.5 hours, at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

12. The cost of the process server to effectuate service of process was $74.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,297.50 and costs arising out of this action in the amount of $74.00 for a total of $1,371.50

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
27th day of September, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__