UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 6841 (LAK)
ECF CASE

**DEFAULT JUDGMENT**

                                   Plaintiffs,

            -against-

WOOD-SKILL RENOVATIONS, INC.,

                                   Defendant.
-----------------------------------------------------------------------X

        This action having been commenced on July 30, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Wood-

Skill Renovations, Inc. on August 8, 2007 by delivering one (1) true copy of the same to the Secretary

of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a

proof of service having been filed on August 14, 2007, and by registered mail on July 31, 2007, and a

proof of service having been filed on August 7, 2007, and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on September 20, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,371.50 for a total of $3,721.50 and that Wood-Skill Renovations, Inc. and its

officers are ordered to produce any and all books and records relating to Wood-Skill. for the period of

July 1, 2002 through June 23, 2007.


Dated: _____
       New York, New York

                                            _____
                                            Honorable Lewis A. Kaplan
                                            United States District Judge

                                            This document was entered on the docket
                                            on _____.