STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK    )

      IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 27th day of September, 2007, I served the plaintiffs' **NOTICE OF MOTION** and **SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Wood-Skill Renovations, Inc.
        27 Lincoln Avenue
        Woodcliff Lake, NJ 07677

                                          IAN K. HENDERSON

Sworn to before me this
27th day of September, 2007

NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Dec. 01, 2007